FILED ___ ENTERED
___ LODGED ___ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

DEC 31 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 13-2827 BPG
  )
NEWCREDITHISTORY@COMCAST.NET  )
  )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Please see Attachment A

located in the _____ District of ___New Jersey___ , there is now concealed *(identify the person or describe the property to be seized):*

Please see Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 42 U.S.C. § 408(a)(7)(A)-(C) | Social Security Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

TFO _____
Applicant's signature

Task Force Officer Greg Hebding
Printed name and title

Sworn to before me and signed in my presence.

Date: 11-26-13

_____
Judge's signature

City and state: Baltimore, Maryland

Beth P. Gesner, U.S. Magistrate Judge
Printed name and title